IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 18-CV-19-LRR |
| v. | ) | |
| | ) | |
| ESTATE OF JESSICA L. McDONALD and ALEXANDRIA L. WOODMAN (in her capacity as Administrator of the Estate of Jessica L. McDonald), et al., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon motion of Plaintiff, United States of America, for an Order approving and confirming the report of the United States Marshal on the sale of the foreclosed property herein, and the Court having examined the report of the Marshal and being fully advised, enters the following order:

IT IS HEREBY ORDERED that the report of the sale, and the sale, be and the same hereby are in all respects approved and confirmed.

IT IS HEREBY ORDERED that the execution by the United States Marshal of the Marshal's Certificate of Purchase issued to Cadog Management Group, LLC pursuant to the sale be and the same is approved, and the Marshal or his successor in office shall execute to Cadog Management Group, LLC, its successors or

assignees a good and sufficient Deed of Conveyance to the foreclosed property, there being no right of redemption.

IT IS HEREBY ORDERED that the United States Marshal's Certificate of Purchase now presented to the Court from Kenneth J. Runde, United States Marshal, is approved and the filing of the copy of the certificate with the Clerk of this Court is hereby confirmed.

Dated this __25th__ day of __July_____, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA